THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| LORETTA NELSON, Individually and on behalf of All others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:19-cv-3427 ) |
| NIANGUA R-V SCHOOL DISTRICT, | ) ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

**COMES NOW** Defendant, Niangua R-V School District, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and for its Notice of Removal, states as follows:

1. Plaintiff's Petition was filed on or about October 31, 2019, and the case was assigned number 19WE-CC00078 by the Thirtieth Circuit Court of Missouri, Webster County.

2. Pursuant to the requirements of 28 U.S.C. § 1446(a), a copy of the Webster County Circuit Court file, including Plaintiffs' Petition, is incorporated herein as **Exhibit A**.

3. Plaintiff's Petition alleges violations of the Fair Labor Standards Act of 1938 29 U.S.C. § 201 et seq in Counts III and IV.

4. Pursuant to 28 U.S.C. §§ 1331 and 1343, the United States District Court has original jurisdiction over this case in that Plaintiff seeks relief under Acts of Congress providing for the protection of civil rights under the Fair Labor Standards Act and pursuant to 28 U.S.C. § 1441(c) due to federal question jurisdiction of this Court.

5. Venue in the United States District Court of the Western District, Southern Division, is proper pursuant 28 U.S.C. § 1391(b) and L.R. 3.2(a)(3)(A).

00359010.1

6. Defendant Niangua R-V School District was served with a copy of Plaintiff's Petition on November 18, 2019. On December 13, 2019, undersigned counsel entered her appearance for Defendant.

7. This Notice of Removal is timely filed within the 30 days permitted by 28 U.S.C. § 1446(b).

8. Contemporaneously herewith, Defendant has filed and served Plaintiff a written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d). A copy of that Notice is attached hereto as **Exhibit B**.

9. Pursuant to the requirements of 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, Defendant shall send a Notice to the State Court to the Clerk of the Thirtieth Circuit Court of Missouri, Webster County, for filing. A copy of that Notice is attached hereto as **Exhibit C**.

**WHEREFORE,** Defendant Niangua R-V School District respectfully requests the action, captioned *Loretta Nelson, individually and on behalf of all others similarly situated v. Niangua R-V School District* which is currently pending in the Circuit Court of Webster County, Missouri under Case No. 19WE-CC00078 be removed to this Court, that this Court exercise jurisdiction over this action, and that the Court grant such other and further relief as it deems just and proper.

Respectfully submitted,

**MICKES O'TOOLE, LLC**

By: /s/ *Kathryn B. Forster*
Kathryn B. Forster, #52923MO
kforster@mickesotoole.com
12444 Powerscourt Drive, Suite 400
St. Louis, Missouri 63131
Telephone: (314) 878-5600
Facsimile: (314) 878-5607

*Attorney for Defendant*
*Niangua R-V School District*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December, 2019, a true and correct copy of the foregoing Notice of Removal was served via electronic mail and by U.S. mail, postage prepaid, to:

Jerry M. (Jay) Kirksey
jmkirksey@kirkseylawfirm.com
Jesse T. Ankrom
jankrom@kirkseylawfirm.com
Kirksey Law Firm, LLC
711 S. Albany Avenue
Bolivar, MO 65613-2619

*Attorneys for Plaintiff*

/s/ *Kathryn B. Forster*