IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| LORETTA NELSON | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:19-cv-03427-RK |
| NIANGUA R-V School District | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

**COMES NOW** Plaintiff, by and through her attorney of record, Jerry M. Kirksey, and for her Motion, states:

1. Plaintiff filed her Petition in this matter in State Court.

2. After the Petition was filed, Defendant engaged in acts of retaliation.

3. Filed herewith is the Amended Complaint with the addition of Count VII for Retaliation under the Fair Labor Standards Act.

4. There exists good cause and no prejudice to defendant in that the Amended Complaint now outlines the claims of plaintiff for proceeding in this matter and discovery has just commenced.

**WHEREFORE** Plaintiff requests leave to file her Amended Complaint, and for all further relief the court deems just and proper.

*/s/Jay Kirksey*
_____

**Jerry M. (Jay) Kirksey**
Missouri Bar No. 38643
Attorney for Plaintiff

**Kirksey Law Firm, LLC**
711 S. Albany Avenue
Bolivar, Missouri 65613-2619
Telephone 417.326.4529
Facsimile 417.326.8531
jmkirksey@kirkseylawfirm.com