IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| LORETTA NELSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:19-03427-CV-RK |
| NIANGUA R-V SCHOOL DISTRICT, | ) |
| Defendant. | ) |

## ORDER

This is a case filed under the Fair Labor Standards Act ("FLSA"), the Missouri Wage and Hour Law, and common law. Now before the Court is the parties' Joint Motion to Approve Settlement. (Doc. 25.) To approve an FLSA settlement, the Court must find that the litigation involved a bona fide dispute, that the proposed settlement is fair and equitable to all parties, and that the proposed settlement includes an award of reasonable attorneys' fees. *Burns v. EGS Fin. Care, Inc.*, No. 5:15-CV-6173-DGK, 2016 U.S. Dist. LEXIS 127478, at * 2 (W.D. Mo. Sep. 19, 2016); *see also Pendergrass v. Bi-State Utilities Co.*, No. 4:18-CV-01092-NCC, 2019 WL 3532005, at * 1-2 (E.D. Mo. Aug. 2, 2019).

The Court, having carefully reviewed the record in this case, the parties' joint motion, and the proposed settlement agreement, finds the proposed settlement agreement satisfies the above criteria. The Court will therefore approve the parties' settlement agreement.

Accordingly, the parties' Joint Motion to Approve Settlement (Doc. 25) is **GRANTED**. It is further ORDERED that Plaintiff timely file a stipulation of dismissal pursuant to Paragraphs 2 and 12 of the parties' agreement. Finally, the parties' agreement (Doc. 26) shall continue to be filed under seal absent further order of the Court.

IT IS SO ORDERED.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: June 4, 2020